### Harvey Frank ROBBINS, Plaintiff–Appellee,

v.

Charles WILKIE, Darrell Barnes, Teryl Shryack, Michael Miller, Gene Leone, and David L. Wallace, Defendants–Appellants.

Pacific Legal Foundation, New Mexico Cattle Growers Association, Washington Farm Bureau, Idaho Farm Bureau, Idaho County Farm Bureau, Owyhee County Farm Bureau, Washington State Grange, and New Mexico Federal Lands Council, Amicus Curiae.

No. 04–8016.

United States Court of Appeals, Tenth Circuit.

Aug. 8, 2007.

Karen J. Budd–Falen, Marc R. Stimpert, Budd–Falen Law Offices, Cheyenne, WY, for Plaintiff–Appellee.

Barbara L. Herwig, Edward Himmelfarb, U.S. Department of Justice, Appellate Staff, Civil Division, Washington, DC, for Defendants–Appellants.

Before KELLY, HENRY, and MURPHY, Circuit Judges.

### ORDER

This matter is before us upon remand from the United States Supreme Court. The Court granted defendants' petition for writ of certiorari and reversed our prior judgment in favor of plaintiff Harvey Frank Robbins, *Wilkie v. Robbins,* —— U.S. ——, 127 S.Ct. 2588, 168 L.Ed.2d 389 (2007). Consistent with the Supreme Court's decision, we **VACATE** our judgment in *Robbins v. Wilkie,* 433 F.3d 755 (10th Cir.2006), and **DISMISS** the appeal. The case is **REMANDED** to the United States District Court for the District of Wyoming for further proceedings in accordance with the opinion of the United States Supreme Court.